JUNE 19, 2019

# RETURN OF SERVICE

*I this day SERVED the within named*     MEGHAN J. DEPIN

*by*                                         (2) ATTEMPTS. COPY LEFT POSTED AT DOOR. SECOND COPY MAILED. ADDRESS CONFIRMED BY NEIGHBOR AT #32

   **X**   *leaving at last and usual place of abode, to wit:*

*No.*     22 ALBANY ST
*in the city/town of* SOMERSET, *an attested copy of the SUMMONS IN AN ADVERSARY PROCEEDING; COMPLAINT TO DETERMINE DISCHARGE ABILITY AND CIVIL ACTION COVER SHEET*

*Service and travel*     $     56

*[signature: Nicholas Tomasello]*
_____
Process Server/