UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEACON ABA SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEGHAN J. DEPIN,<br><br>Defendant. | Adv. Pro. No. 19-01070 |

## AGREEMENT FOR NONDISCHARGEABLE JUDGMENT

It is hereby agreed between the Plaintiff and the Defendant that a Nondischarable Judgment Judgment in the amount of Seven Thousand Four Hundred and Sixty Dollars 00/100 ($7,460.00) and that such Judgment shall be nondischargeable. Undersigned counsel of record in this action represent that they are fully authorized to execute and enter into this Stipulated Judgment for Nondischargeability on behalf Beacon ABA Services, Inc. The respective parties whom they represent and acknowledge they have authority to bind the parties in the Adversary Proceeding.

| MEGHAN J. DEPIN, | BEACON ABA SERVICES, INC. |
|---|---|
| By her attorney, | By its counsel: |
| /s/ Christopher Carreiro<br>Christopher R. Carreiro, BBO No. 693545<br>Carreiro Law Office, PLLC<br>1010 Grand Army Highway, Suite 12<br>Swansea, MA  02777<br>Telephone: (508) 812-0210 | /s/ Carlo Cellai<br>Carlo Cellai, Esq.<br>BBO No. 558651<br>**Cellai Law Offices, P.C.**<br>150 Grossman Drive, Suite 201<br>Braintree, MA 02184<br>Telephone:  (617) 367-2199 |