

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> MEGHAN J. DEPIN, <br>    Debtor | Ch. 13 <br> 19-11103-FJB |
| BEACON ABA SERVICES, INC., <br>    Plaintiff, <br><br> *v.* <br><br> MEGHAN J. DEPIN, <br>    Defendant | Adversary Proceeding <br> 19-01070-FJB |

**Order**

**MATTER:**

[#17] Agreement for Judgment

JUDGMENT:  This adversary proceeding having come before the Court on the parties' agreement for entry of judgment, now, in accordance therewith, the Court hereby ORDERS and ADJUDGES (i) that the plaintiff, Beacon ABA Services, Inc., recover of the defendant and debtor, Meghan J. Depin, the sum of Seven Thousand Four Hundred and Sixty Dollars 00/100 ($7,460.00), plus interest thereon from the date of this judgment at the rate of 1.73 percent per annum, and (ii) that this judgment debt is and shall be excepted from discharge.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 10/3/2019